# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA VARGAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 1:21-cv-00060 |
| § | |
| CONN APPLIANCES, INC. and, § | |
| EXPERIAN INFORMATION SOLUTIONS, INC., § | |
| § | |
| Defendants. § | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, MARIA VARGAS ("Plaintiff"), and Defendant, CONN APPLIANCES, INC. ("Conns"), have reached a settlement as to Count III in the above-captioned action. Plaintiff and Conns are in the process of finalizing the settlement documents and anticipate filing Stipulation of Dismissal as to Count III once settlement documents are finalized and executed. Plaintiff therefore respectfully requests thirty (30) days in order to complete settlement documents and notify this honorable Court of dismissal.

This settlement does not pertain to Counts I and II of this action against Experian.

Respectfully submitted,

Dated: June 23, 2021

/s/ Adam T. Hill
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92880
T: (657) 236-92590
F: (602) 857-8207
AdamH@jlohman.com

Attorneys for Plaintiff,
MARIA VARGAS

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 23, 2021, a true and correct copy of the forgoing was electronically filed with the Clerk of the Court using the CM/ECF with service on all parties

                                      /s/ Adam T. Hill
                                      Adam T. Hill