UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA VARGAS,<br>    Plaintiff, | § § § | |
| v. | § | Civil Action No. 1:21-cv-00060 |
| CONN APPLIANCES, INC., ET AL.,<br>    Defendants. | § § § § | |

## ORDER

The Court received Maria Vargas' ("Plaintiff") and Conn Appliances, Inc.'s ("Defendant") "Notice of Settlement" (Dkt. No. 15). Plaintiff and Defendant are **ORDERED** to file the appropriate documentation, including an Agreed Judgment or Stipulation of Dismissal, or provide this Court an update regarding the status of the settlement, by **July 23, 2021**.

Signed on this 25th day of June, 2021.

Rolando Olvera
United States District Judge