United States District Court
Southern District of Texas
**ENTERED**
September 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA VARGAS,<br>Plaintiff, | § § § § | |
| v. | § § | Civil Action No. 1:21-cv-00060 |
| CONN APPLIANCES, INC., ET AL.,<br>Defendants. | § § § § | |

## ORDER

Before the Court is the parties' "Joint Stipulation of Dismissal as to Experian Information Solutions, Inc." (Dkt. No. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Maria Vargas' claims against Experian Information Solutions, Inc. are **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 16th day of September, 2021.

_____
Rolando Olvera
United States District Judge

1